

The following constitutes the order of the court.
Signed June 1, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Liane Mason,

        Debtor.

No. 15-41382

Chapter 13

**MEMORANDUM REGARDING REQUEST FOR ADDITIONAL**

**TIME TO PREPARE FOR MEETING OF CREDITORS**

    The above captioned case was filed on April 29, 2015 (Doc. 1). On May 28, the Debtor requested that the first Meeting of Creditors, scheduled to be held on June 11, be continued to August 30 (Doc. 5, 18). The Meeting of Creditors can be continued without a court order by the Chapter 13 Standing Trustee, Martha Bronitsky. The request to continue the Meeting of Creditors should be directed to Ms. Bronitsky's office. The phone number for Ms. Bronitsky's office is (925) 621-1900.

*END OF MEMORANDUM*

1

**COURT SERVICE LIST**

Liane Mason
1004 Auburn Dr
Alameda, CA 94502

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612